175 So. 922

**Otto MILLER v. STATE.**
**8 Div. 531.**

Court of Appeals of Alabama.
June 8, 1937.

SAMFORD, Judge.
Affirmed.

105 So. 920

**W. Clifton MILLER v. STATE.**
**8 Div. 274.**

Court of Appeals of Alabama.
Feb. 4, 1936.

RICE, Judge.
Affirmed.

175 So. 922

**W. Clifton MILLER v. STATE.**
**8 Div. 562.**

Court of Appeals of Alabama.
June 30, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

164 So. 922

**Bud Lee MILLNER v. STATE.**
**6 Div. 937.**

Court of Appeals of Alabama.
Dec. 17, 1935.

SAMFORD, Judge.
Affirmed.

171 So. 924

**Tom MILLS v. STATE.**
**6 Div. 16.**

Court of Appeals of Alabama.
Dec. 15, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

165 So. 920

**Jake MILSTEAD v. STATE.**
**7 Div. 168.**

Court of Appeals of Alabama.
Jan. 16, 1936.

BRICKEN, Judge.
Appeal dismissed.

174 So. 903

**Huston MINOR v. STATE.**
**6 Div. 93.**

Court of Appeals of Alabama.
May 11, 1937.

SAMFORD, Judge.
Appeal dismissed.